UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AHRON CHARACH, individually and on behalf of all others similarly situated, Plaintiff, vs. CLIENT SERVICES, INC. et al., Defendants. | Case No. 4:19 CV 230 RWS |

## ORDER OF DISMISSAL

Pursuant to the Court's order of **October 25, 2019**,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear its own costs.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2020.